AO91 (Rev. 12/03) Criminal Complaint  AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-06745

Pastor DE LA PAZ-Benitez
IAE
Mexico 1972

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 20, 2018** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Pastor DE LA PAZ-Benitez was encountered by Border Patrol Agents near Roma, Texas on June 20, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on June 20, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/ Ramirez, Robert  Border Patrol Agent
Signature of Complainant

Ramirez, Robert    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 22, 2018                                                      at    McAllen, Texas
Date                                                                            City/State

J Scott Hacker          U.S. Magistrate Judge
Name of Judge           Title of Judge                            Signature of Judge